LIBEL TRISTAM FOLGER VS. BRIG<sup>N</sup> *Swansey*

Being read etc and the Court was adjourned untill Monday next the Thirteenth Ins<sup>t</sup> at Ten o Clock A. M. and opened accordingly — at which time his Honour the D<sup>y</sup> Judge's Decree was pronounced in Court. and the Court was adjourned untill further notice

TRISTAM FOLGER VS. BRIGANTINE *Swansey*

Newport Nov<sup>r</sup> 13th 1749

COLONY OF RHODE ISLAND ETC COURT OF VICE ADMIRALTY Having heard and fully Consider'd the Libel of Tristam Folgar against the Brigantine Swansey, together with the amount Exhibitted by Gideon Wanton Jun<sup>r</sup> Master of the s<sup>d</sup> Brigantine to the Truth of which he hath attested upon oath: I find that after deduction made of the advanc'd wages receiv'd before Sailing, and of the Money disbursed for him in his Sickness at Surranam: there is due to the s<sup>d</sup> Tristam Folger for the residue of his wages on board s<sup>d</sup> Brigantine the Sum of one hundred Eighteen Pounds four Shillings and four pence in Bills of Publick Credit of the old Tenor; It is therefore Consider'd and decreed that he the s<sup>d</sup> Tristam Folger: Recover Against the s<sup>d</sup> Brigantine Swansey the afore s<sup>d</sup> Sum of one hundred and Eighteen Pounds four shillings and 4<sup>d</sup> with Cost of Court and it is further order'd and Decreed that in default of payment of the s<sup>d</sup> Sum by the Master or Owners of s<sup>d</sup> Brigantine for the Space of Ten days after the date hereof the s<sup>d</sup> Brigantine, or Such apart of her Tackle furniture or Appurtenances as Shall be Sufficient, be Publickly Sold by the Marshall of this Court to the highest bidder and that he the s<sup>d</sup> Marshall out of the money arising therefrom pay and Satisfy the s<sup>d</sup> Tristam Folger the afore<sup>sd</sup> Sum as also the Cost of this Court: and that he render to the owners the overplus if any therebe: according to their respective proportions of Interest therein.

S. Wickham Dep<sup>t</sup> Judge

COURT OF VICE ADMIRALTY

Costs of T: Folgier of Brig<sup>n</sup> Swansey

| | |
|---|---|
| Libel and Advocates Fee | £3.10 |
| Filing and allowing d° | 2.10 |
| Process | 1. 4 |
| Taking the Vessel in custody | 1.10 |
| 1 adjournment | 3. 4 |
| Swaring Capt<sup>n</sup> Wanton | .10. |
| Decree | 6. — |
| Filing papers etc | .16. |
| | · £19.4 — |